The appellant's motion for rehearing is overruled.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### CALVERY v. STATE.
### No. 22803.

Court of Criminal Appeals of Texas.

March 15, 1944.

Alex P. Pope, of Tyler, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was assessed a penalty of Fifty Dollars on a charge of driving on a public highway while intoxicated.

The appeal is before us without bill of exception and without statement of facts. The procedure is regular.

The judgment of the trial court is affirmed.